**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP

PATRICIA M. NAPIER           3735-0
   pnapier@goodsill.com
STACY Y. MA                  10537-0
   sma@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
HILTON MANAGEMENT LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRINA X. EASLEY-JACKSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>HILTON MANAGEMENT LLC, a Delaware corporation,<br><br>        Defendant. | CIVIL NO. 17-00536 JAO-RLP<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**<br><br>**Trial Date: August 6, 2019**<br>**Judge:    Hon. Jill A. Otake** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**

IT IS HEREBY STIPULATED by and between Plaintiff Trina Easley-Jackson and Defendant Hilton Management LLC ("Hilton"), through their respective counsel, that the Amended Complaint, filed on December 28, 2017, in

7400114.1

CV 17-00536 is hereby dismissed with prejudice.  This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i.

There are no remaining claims or parties.  Each party shall bear her or its own costs and attorneys' fees.  This Stipulation is signed by counsel for all parties that have appeared in this action.  Trial was scheduled for August 6, 2019 before the Honorable Jill A. Otake.  This Court shall retain jurisdiction to enforce the settlement agreement in this case.

DATED:  Honolulu, Hawaii, April 10, 2019.

/s/ Dennis W. Potts
DENNIS W. POTTS
TREVOR S. POTTS

*Attorneys for Plaintiff*

DATED:  Honolulu, Hawaii, April 12, 2019.

/s/ Stacy Y. Ma
PATRICIA M. NAPIER
STACY Y. MA

*Attorneys for Defendant*
HILTON MANAGEMENT LLC

APPROVED AND SO ORDERED:



Jill A. Otake
United States District Judge

**Stipulation for Dismissal With Prejudice of All Claims and All Parties**
*Trina X. Easley-Jackson v. Hilton Management LLC*, CV 17-00536 JAO-RLP, United States District Court for the District of Hawaii